NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY O. HOLMES,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5119

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-208, Chief Judge Emily C. Hewitt.

---

**ON MOTION**

---

# ORDER

The United States moves for a 7-day extension of time, until October 20, 2010, within which to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 1 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James Y. Boland, Esq.
    Richard P. Schroeder, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 1 8 2010**

**JAN HORBALY**
**CLERK**